

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00527-CV

**CITY OF ASHERTON**,
Appellant

v.

**CARRIZO SPRINGS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 11-08-11482-DCV
Honorable Cynthia L. Muniz, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellant City of Asherton.

SIGNED June 26, 2013.

_____
Patricia O. Alvarez, Justice